■ In the Matter of ANGELO DE LUCA against JOSEPH J. CAPUTA, as State Rent Administrator.— Motion granted to the extent of dispensing with printing of the appellant's points and permitting the appeal to be heard upon typewritten or mimeographed appellant's points, on condition that the

appellant serves one copy of the typewritten or mimeographed appellant's points upon the State Rent Administrator and files 6 typewritten or 19 mimeographed copies thereof with this court. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.